# Court of Appeals
# of the State of Georgia

ATLANTA,  April 16, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1391. STEPHEN LEKEY JACKSON v. THE STATE.**

In 2015, Stephen Lekey Jackson pled guilty to one count of aggravated assault and four counts of reckless conduct. Jackson was sentenced to a total term of seven years to be served on probation. On February 13, 2017, Jackson filed an "Application to the Georgia Court of Appeals" in the trial court, seeking to appeal the revocation of his probation.[1] We, however, lack jurisdiction.

To appeal an order revoking probation, a party must first file an application for discretionary appeal in this Court within 30 days of the entry of the order from which the appeal is sought. OCGA § 5-6-35 (a) (5), (d); see *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999) (holding that where the underlying subject matter is probation revocation, the discretionary appeal procedure applies); accord *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). Jackson's application, filed in the trial court, is ineffective. See generally *Gable v. State*, 290 Ga. 81, 85 (2) (a) (720

---

[1] Orders revoking Jackson's probation were entered on March 3, 2017 and March 29, 2017.

SE2d 170) (2011) (a discretionary application must only be filed in an appellate court).

Accordingly, we lack jurisdiction and the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__04/16/2018_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*